_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 18, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**IN RE:**                                                          **CHAPTER 13**
**MYKAL K. WARD**                                      **CASE NO. 22-50408-KMS**

**ORDER RELEASING EARNINGS OF DEBTOR**
**MYKAL K. WARD (SSN # XXX-XX-9114)**

THE ORDER **(Dkt. 13)** heretofore entered in these proceedings by which the debtor's employer:

**MARK DUNNING INDUSTRIES, INC.**
**100 RACE TRACK RD**
**DOTHAN, AL 36303-0000**

was directed to pay Debtor's wages or a portion thereof to:

**WARREN A. CUNTZ, JR. TRUSTEE**
**P.O. BOX 3749**
**GULFPORT MS 39505-3749**
**(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**