United States Bankruptcy Court

Southern District of Mississippi

In re:

Mykal Kareem Ward

    Debtor

Case No. 22-50408-KMS

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-6        User: mssbad        Page 1 of 1

Date Rcvd: Mar 17, 2026        Form ID: pdf012        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

**Recip ID**        **Recipient Name and Address**

db        +   Mykal Kareem Ward, PO Box 7601, Gulfport, MS 39506-7601

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jennifer A Curry Calvillo | on behalf of Debtor Mykal Kareem Ward jennifer@therollinsfirm.com<br>jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Mykal Kareem Ward trollins@therollinsfirm.com<br>jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 4

---



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: March 17, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Mykal Kareem Ward, Debtor                    Case No. 22-50408-KMS
                                                                           CHAPTER 13

### ORDER ON MOTION TO CONVERT A CASE UNDER CHAPTER 13
### TO A CASE UNDER CHAPTER 7

On the Motion to Convert a Case Under Chapter 13 to a Case Under Chapter 7 (Dk #

_38_) filed by the Debtor, the Court having considered same, finds that that the relief requested is

appropriate under the facts and the law.

**IT IS THEREFORE ORDERED** that this case shall be converted from a case under

Chapter 13 to Chapter 7 of the Bankruptcy Code.

### ## END OF ORDER ##

Approved and Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533