United States Bankruptcy Court

Southern District of Mississippi

In re:

Mykal Kareem Ward
     Debtor

Case No. 22-50408-KMS

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2026 | Form ID: 318 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mykal Kareem Ward, PO Box 1203, Saucier, MS 39574-1203 |
| 5097966 | + | Jalesa Mohead, 2525 Eastbrook Dr, Horn Lake, MS 38637-1804 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@curo.com | Jul 16 2026 19:50:00 | First Heritage CREDIT C/O Heights Finance, P.O. BOX 1947, GREENVILLE, SC 29602, UNITED STATES 29602-1947 |
| 5105367 | + | Email/Text: bankruptcy@1ffc.com | Jul 16 2026 19:50:00 | 1st Franklin Financial Corporation, Attn: Administrative Services, PO Box 880, Toccoa, GA 30577-0880 |
| 5097961 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 16 2026 19:54:30 | Affirm, Inc., P.O. Box 720, San Francisco, CA 94104-0720 |
| 5097962 | + | EDI: CAPITALONE.COM | Jul 16 2026 23:54:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5106984 | + | EDI: AIS.COM | Jul 16 2026 23:54:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5116115 | | EDI: CITICORP | Jul 16 2026 23:54:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5097963 | + | EDI: WFNNB.COM | Jul 16 2026 23:54:00 | Comenity Bank/Goodys, Po Box 182789, Columbus, OH 43218-2789 |
| 5097964 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 16 2026 19:54:30 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 5097965 | + | Email/Text: bankruptcy@curo.com | Jul 16 2026 19:50:00 | First Heritage Credit, c/o Heights Finance, P.O Box 1947, Greenville, SC 29602-1947 |
| 5098145 | + | Email/Text: bankruptcy@curo.com | Jul 16 2026 19:50:00 | First Heritage Credit of Mississippi, LLC, d/b/a 1st Heritage Credit, c/o Heights Finance, P.O Box 1947, Greenville, SC 29602-1947 |
| 5547256 | + | Email/Text: peritus@ebn.phinsolutions.com | Jul 16 2026 19:50:00 | Flowering Peach BK LLC, PO Box 1149, Grapevine, Tx 76099-1149 |
| 5234156 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 19:54:30 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5114222 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 19:54:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5097967 | + | EDI: LENDNGCLUB | Jul 16 2026 23:54:00 | Lendclub Bnk, 595 Market St, San Francisco, CA 94105-2802 |

District/off: 0538-6       User: mssbad       Page 2 of 3

Date Rcvd: Jul 16, 2026       Form ID: 318       Total Noticed: 24

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5118447 | ^ | MEBN | Jul 16 2026 19:49:49 | Pink Dogwood 13, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5116114 | | EDI: Q3G.COM | Jul 16 2026 23:54:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5100133 | | Email/Text: newbk@Regions.com | Jul 16 2026 19:50:00 | Regions Bank, P.O. Box 10063, Birmingham, AL 35202-0063 |
| 5097969 | + | EDI: SYNC | Jul 16 2026 23:54:00 | Syncb/Rooms To Go, Po Box 965036, Orlando, FL 32896-5036 |
| 5097968 | + | EDI: SYNC | Jul 16 2026 23:54:00 | Syncb/cctr, Po Box 965036, Orlando, FL 32896-5036 |
| 5118621 | + | EDI: PRA.COM | Jul 16 2026 23:54:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5097970 | + | EDI: CITICORP | Jul 16 2026 23:54:00 | Trac/CBCD/Citicorp, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5097971 | | Email/Text: bknotice@upgrade.com | Jul 16 2026 19:50:00 | Upgrade, Inc., 275 Battery St., 23rd Floor, San Francisco, CA 94111 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Flowering Peach BK LLC, PO Box 1149, Grapevine, Tx 76099-1149 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5234157 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026       Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jennifer A Curry Calvillo | on behalf of Debtor Mykal Kareem Ward jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Mykal Kareem Ward trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | |

District/off: 0538-6                    User: mssbad                              Page 3 of 3
Date Rcvd: Jul 16, 2026                 Form ID: 318                        Total Noticed: 24

USTPRegion05.JA.ECF@usdoj.gov

Zachary S Wessler, Sr

chapter7trustee@wesslerlawgroup.com
meredith@symmesestes.com;MS17@ecfcbis.com;Wessler.ZacharyR140624@notify.bestcase.com

TOTAL: 4

*Information to identify the case:*

| | | |
|---|---|---|
| Debtor 1 | **Mykal Kareem Ward** | Social Security number or ITIN   **xxx–xx–9114** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:   **22–50408–KMS**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Mykal Kareem Ward**

Dated: 7/16/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2